| | AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Steven W. Young | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Georgiana NEGOITA

Case No.

Case: 2:24-mj-30250
Assigned To : Unassigned
Assign. Date : 7/2/2024
Description: COMP USA V.
NEGOITA (KB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 25, 2024_____ in the county of _____St. Clair_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about June 25, 2024, in the Eastern District of Michigan, Georgiana NEGOITA, an alien from Romania was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about February 26, 2018, at or near Los Angeles, California, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven W. Young, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 2, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Steven W. Young, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol and I have been employed in this capacity since January 8, 2007. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Georgiana NEGOITA, which attests to the following:

2. Georgiana NEGOITA is a twenty-eight-year-old female, native and citizen of Romania, who was witnessed entering the United States at a place other than an official port of entry on June 25, 2024, by a Border Patrol Agent from the United States Border Patrol, Marysville, Michigan Station.

3. On September 30, 2016, NEGOITA was apprehended by United States Border Patrol Agents in Chula Vista, California. She was served a Notice to Appear and subsequently released on her own recognizance.

4. On February 23, 2017, NEGOITA was ordered removed by an Immigration Judge in absentia, in Los Angeles, California. NEGOITA was subsequently removed on February 26, 2018, via Turkish Airlines from Los Angeles, California.

5. On June 25, 2024, NEGOITA, along with two other aliens, was arrested by Border Patrol Agents after crossing into the United States by boat from Canada near East China, MI. After exiting the boat, NEGOITA and the other aliens, were picked up by a driver in a silver Dodge Ram truck. An Agent surveilled the Dodge Ram truck as it drove from the Diamond Cove Marina toward St. Clair Highway. A traffic stop was conducted as the Dodge Ram truck yielded near South Riverside Ave. in the City of St.

Clair, MI. Upon questioning, NEGOITA advised the Agents that she was a citizen of Romania, with no immigration documents allowing her to be or remain in the United States legally.

6. Review of records from the alien file (A# xxx xxx 220) for NEGOITA and queries in United States Department of Homeland Security databases confirm that no record exists of NEGOITA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following her removal on February 26, 2018.

7. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

8. Based on the information above, there is probable cause to believe that, on or about June 25, 2024, at or near St. Clair, Michigan, in the Eastern District of Michigan, Southern Division, Georgiana NEGOITA, an alien from Romania, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about February 26, 2018, at or near Los Angeles, California and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to

2

re-apply for admission thereto; in violation of Title 8 United States Code, Section 1326(a).

_____
Steven W. Young, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

July 2, 2024